## LEVI V. MONROE.

1. DEFAULT. A judgment by default cannot be rendered while the defendant has an answer on file.

HARVARD LAW LIBRARY

*Appeal from Jones District Court.*

MONDAY, APRIL 15.

THE plaintiff sues the defendant on several promissory notes, amounting in the aggregate to one thousand and ninety-four dollars. The service on the defendant was defective. He waived this by appearing on the first day of the term and filing a plea denying his indebtedness to plaintiff, and also informally setting up a claim by way of set-off for a large amount of grain, which he had before that time sold and delivered to plaintiff. On the next day after this, the plaintiff asked and obtained a judgment for the whole amount of his claim by default, and the clerk was directed to assess the damages as in other cases of default. This

was done without paying any attention to or disproving in any way the above plea; and this is the only error complained of in this court.

*Griffith & Knight* for the appellant.

No appearance for the appellee.

LOWE, C. J.—Upon the authority of following cases, the above error is well assigned : *The Canal Bank of Cleveland v. Newberry,* 7 Iowa 5 ; *Burlington and Missouri River Railroad Company* v. *Marchand,* 5 Ib. 468 ; *Sample & Griffith,* Ib. 378.

Reversed.